**Order entered May 23, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00341-CV

## IN THE INTEREST OF A.C., A CHILD

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 107543-CC**

## ORDER

Before the Court is appellant Father's May 20, 2022 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 10, 2022.

/s/     ERIN A. NOWELL
         JUSTICE